IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

Case No: 3:2014-cv-00057

| | |
|---|---|
| Ron Ramsay and Peter Vandervort; Celeste and Amber Carlson Allebach; Brock Dahl and Austin Lang; Michele Harmon and Joy Haarstick; Bernie Erickson and David Hamilton; Matthew Lee Elmore and Beau Thomas Downey; and Stephanie and Siana Bock,<br><br>    Plaintiffs,<br><br>vs.<br><br>Jack Dalrymple, in his official capacity as Governor; Wayne Stenehjem, in his official capacity as Attorney General; Ryan Rauschenberger, in his official capacity as State Tax Commissioner; Terry Dwelle, in his official capacity as State Health Officer; and Charlotte Sandvik, in her official capacity as Cass County Treasurer,<br><br>    Defendants. | **DEFENDANT CHARLOTTE SANDVIK'S MEMORANDUM JOINING IN THE STATE DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

\*\*\*     \*\*\*     \*\*\*

Defendant Charlotte Sandvik, in her official capacity as Cass County Treasurer, hereby submits this *Memorandum Joining in the State Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment*. Defendant joins in and adopts as her own, the legal reasoning and argument contained in the State Defendants' *Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment*, dated August 22, 2014 (Doc. #53). Said legal reasoning and argument is incorporated by reference as if fully stated herein.

- 1 -

Dated this 22nd day of August, 2014.

        By /s/ Scott K. Porsborg
           Scott K. Porsborg (ND Bar ID # 04904)
           sporsborg@smithbakke.com
           Brian D. Schmidt (ND Bar ID # 07498)
           bschmidt@smithbakke.com
           Cass County Special Assistant
           State's Attorneys
           122 East Broadway Avenue
           P.O. Box 460
           Bismarck, ND 58502-0460
           (701) 258-0630

           Attorney for Defendant, Charlotte Sandvik, in her official capacity as Cass County Treasurer

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2014, a true and correct copy of the foregoing **DEFENDANT CHARLOTTE SANDVIK'S MEMORANDUM JOINING IN THE STATE DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

ATTORNEYS FOR PLAINTIFFS

    Joshua A. Newville
    Attorney at Law
    345 Union Plaza
    333 Washington Avenue North
    Minneapolis, MN 55401

    Thomas D. Fiebiger
    Attorney at Law
    15 Broadway, Suite 301
    Fargo, ND 58102

Christopher F. Stoll
Attorney at Law
870 Market Street, Suite 370
San Francisco, CA 84102


Shannon P. Minter
Attorney at Law
870 Market Street, Suite 370
San Francisco, CA 84102


ATTORNEYS FOR DEFENDANTS

Douglas A. Bahr
Attorney at Law
500 North 9th Street
Bismarck, ND 58501-4509

By /s/ Scott K. Porsborg
　　　SCOTT K. PORSBORG